| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Zipps, Jennifer G. | 2. Court or Organization<br><br>United States District Court, District of Arizona | 3. Date of Report<br><br>11/3/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>405 W. Congress, Ste 5170<br>Tucson, AZ 85701 |
| --- |

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
| --- |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/15-12/15 | Arizona State Retirement System Annuity | $14,158.00 |
| 2. 10/2015 | Constitutional Law Drafting Committee Multi-State Bar Examination Meeting | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 09/17/2015 - 09/20/2015 | Sedona, AZ | Constitutional Law Drafting Committee Meeting | Travel, lodging, food in conjunction with meeting |
| 2. | National Conference of Bar Examiners | 05/21/2015 - 05/24/2015 | New Orleans, LA | Constitutional Law Drafting Committee Meeting | travel, lodging, food in conjunction with meeting |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | M | T | | | | | |
| 2. Princess Jennifer LLC (LLC owns shopping ctr in NM) | | None | K | W | | | | | |
| 3. Metropolitan Life money market | D | Interest | O | T | | | | | |
| 4. Bank of America (Accounts) | A | Interest | L | T | | | | | |
| 5. Fidelity Select Biotechnology | A | Dividend | | | Sold (part) | 09/01/15 | K | D | |
| 6. Fidelity Select Biotechnology | A | Dividend | | | Sold | 10/23/15 | J | C | |
| 7. Fidelity Int'l Discovery mutual fund | A | Dividend | | | Sold | 10/13/15 | K | B | |
| 8. Fidelity China Region mutual fund | A | Dividend | | | Sold | 10/13/15 | J | D | |
| 9. Fidelity Stock Selector Small Cap mutual fund | B | Dividend | K | T | | | | | |
| 10. Fidelity Capital Appreciation mutual fund | D | Dividend | L | T | Sold (part) | 05/11/15 | K | D | |
| 11. Fidelity Growth Co. mutual fund | D | Dividend | M | T | Sold (part) | 05/11/15 | K | E | |
| 12. Fidelity Growth Co. mutual fund | D | Dividend | | | Buy (add'l) | 09/01/15 | K | | |
| 13. Fidelity Select Energy mutual fund | A | Dividend | | | Sold | 09/01/15 | J | A | |
| 14. Fidelity AZ Municipal money market fund (checking acct) | A | Dividend | K | T | | | | | |
| 15. Traveler's Insurance, common stock | A | Dividend | J | T | | | | | |
| 16. Fidelity Arizona Municipal Income Fund | C | Dividend | M | T | Sold (part) | 07/20/15 | K | A | |
| 17. Fidelity Spartan 500 Index Fund | C | Dividend | M | T | Sold (part) | 05/11/15 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Select Construction and Housing Portfolio | A | Dividend | J | T | Buy | 11/30/15 | J | | |
| 19. Fidelity Blue Chip Growth Fund | A | Dividend | K | T | Buy | 10/13/15 | K | | |
| 20. Fidelity Balanced Fund | C | Dividend | K | T | Buy | 07/20/15 | K | | |
| 21. Fidelity Select Healthcare Services | A | Dividend | | | Buy | 10/13/15 | J | | |
| 22. Fidelity Select Healthcare Services | A | Dividend | | | Sold | 11/30/15 | J | A | |
| 23. Fidelity Rollover IRA | A | Dividend | O | T | | | | | |
| 24. -Brown Capital Mgmt Small Company | | None | | | Sold | 09/04/15 | J | B | |
| 25. -Delaware Emerging Markets Fund Class A | | None | | | Sold | 09/04/15 | K | A | |
| 26. -Fidelity Advisor New Insights Fund Class | A | Dividend | | | Sold | 03/09/15 | L | E | |
| 27. -Oakmark International Small Cap Fund | | None | | | Sold | 09/04/15 | J | A | |
| 28. -The Oakmark International Fund | | None | | | Sold | 09/04/15 | K | A | |
| 29. -John Hancock Disciplined Value | B | Dividend | | | | | | | |
| 30. -Mainstay Icap Select Equity Fund | A | Dividend | | | Sold | 07/06/15 | K | D | |
| 31. -Pimco Income Fund Class A | B | Dividend | | | | | | | |
| 32. -Principal High Yield Fund Class A | A | Dividend | | | Sold | 09/04/15 | J | A | |
| 33. -Fidelity Contra Fund | D | Dividend | | | Sold (part) | 05/11/15 | K | C | |
| 34. -Fidelity Contra Fund | | | | | Sold (part) | 09/09/15 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Contra Fund | | | | | Buy | 03/19/15 | K | | |
| 36. -Fidelity Contra Fund | | | | | Buy | 11/30/15 | L | | |
| 37. -Fidelity Spartan 500 Index Fund | B | Dividend | | | Sold (part) | 05/11/15 | K | A | |
| 38. -Fidelity Spartan 500 Index Fund | | | | | Sold | 09/04/15 | K | C | |
| 39. -Fidelity Select Biotechnology Fund | B | Dividend | | | Sold (part) | 07/20/15 | K | D | |
| 40. -Fidelity Select Biotechnology Fund | | | | | Sold (part) | 09/01/15 | K | B | |
| 41. -Fidelity Select Biotechnology Fund | | | | | Sold | 10/13/15 | K | | |
| 42. -Fidelity Select Computer & Software | B | Dividend | | | Sold | 09/14/15 | L | B | |
| 43. -Fidelity Total Bond Fund | B | Dividend | | | Buy | 05/11/15 | L | | |
| 44. -Fidelity Total Bond Fund | | | | | Sold (part) | 07/13/15 | K | A | |
| 45. -Fidelity Mid-Cap Value Fund | | None | | | Buy | 09/04/15 | L | | |
| 46. -Fidelity Mid-Cap Value Fund | | None | | | Sold | 11/30/15 | L | C | |
| 47. -Fidelity Select Healthcare Services | | None | | | Buy | 10/13/15 | J | | |
| 48. -Fidelity Select Healthcare Services | | None | | | Sold | 11/30/15 | K | A | |
| 49. -Fidelity Overseas | | None | | | Buy | 05/20/15 | K | | |
| 50. -Fidelity Overseas | | None | | | Sold | 09/04/15 | K | A | |
| 51. -Fidelity New Millenium Fund | | None | | | Buy | 09/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Fidelity New Millenium Fund | | None | | | Sold | 11/30/15 | K | B | |
| 53. -Fidelity Large Cap Value Enhanced Index | | None | | | Buy | 07/07/15 | K | | |
| 54. -Fidelity Large Cap Value Enhanced Index | | None | | | Sold | 09/04/15 | K | A | |
| 55. -Fidelity Balanced Fund | | None | | | Buy | 07/20/15 | K | | |
| 56. -Fidelity Balanced Fund | | None | | | Sold | 09/04/15 | K | A | |
| 57. -Fidelity Small Cap Stock Fund | B | Dividend | | | Buy | 09/09/15 | L | | |
| 58. -Fidelity Growth Strategies Fund | A | Dividend | | | Buy | 09/04/15 | M | | |
| 59. -Fidelity Blue Chip Growth Fund | D | Dividend | | | Buy | 09/14/15 | M | | |
| 60. -Fidelity Select Construction and Housing Portfolio | A | Dividend | | | Buy | 11/30/15 | J | | |
| 61. -Fidelity Value Strategies Fund | B | Dividend | | | Buy | 11/30/15 | L | | |
| 62. -Fidelity Govt Money Market | A | Dividend | | | | | | | |
| 63. Mass Mutual Variable Life Policy | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Zipps, Jennifer G. | 11/3/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer G. Zipps**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544